FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 08 2005

JAMES W. McCORMACK, CLERK
By: 
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY MARTIN                                                      PLAINTIFF

VS.                    CASE NO. 4:02CV00224 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $2,518.75 pursuant to EAJA. The Commissioner is directed to certify and pay said award and pay Plaintiff's attorney this amount.

SO ORDERED this 8th day of July, 2005.

UNITED STATES DISTRICT JUDGE